IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Muhieldin M Muhieldin,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | No. CV-20-00431-TUC-RCC (LAB)<br><br>**ORDER** |

　　　On July 30, 2021, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") in which she recommended that the Court enter an order reversing the Commissioner's final decision and remanding for further proceedings. (Doc. 25.) Judge Bowman notified the parties they had fourteen days from the date of the R&R to file objections and an additional fourteen days to file a response. (*Id.* at 10.) No objections were filed.

　　　If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154.

　　　The Court has reviewed and considered the Complaint (Doc. 1), Answer (Doc. 20), Plaintiff's Opening (Doc. 22), Response (Doc. 23) and Reply (Doc. 24) Briefs and

the R&R (Doc. 25). The Court finds the R&R well-reasoned and agrees with Judge Bowman's conclusions.

Accordingly, IT IS ORDERED the R&R is ADOPTED (Doc. 25) and Plaintiff's the Commissioner of Social Security's final decision is REVERSED and REMANDED for further proceedings. The Clerk of Court enter judgment accordingly and close the case file in this matter.

Dated this 7th day of September, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge